UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**J.M.**,

        Plaintiff,

        v.

**COMMISSIONER OF SOCIAL SECURITY**,

        Defendant.

Civil Action No. 24-8438 (ZNQ)

**ORDER**

## QURAISHI, District Judge

**THIS MATTER** comes before the Court upon J.M.'s ("Plaintiff") appeal of the Social Security Administration's June 18, 2024 denial of Plaintiff's request for Disability Insurance Benefits ("DIB") under Title II of the Social Security Act. For the reasons set forth in the accompanying Opinion,

**IT IS** on this 28th day of November 2025,

**ORDERED** that Defendant's denial of Plaintiff's DIB is **AFFIRMED**; and it is further

**ORDERED** that the Clerk's Office is instructed to mark this matter **CLOSED**.

                                          s/ Zahid N. Quraishi
                                          **ZAHID N. QURAISHI**
                                          **UNITED STATES DISTRICT JUDGE**